2/3/2024

| | | | |
|---|---|---|---|
| **#1** | | Outgoing | WhatsApp |
| Chat | | Okay | |
| 5/16/2021 7:33:50 PM | Baye Cissé | | Andrew A. Fahie |

| | | | |
|---|---|---|---|
| **#2** | | Incoming | WhatsApp |
| Chat | Hello broda me importante | | |
| 5/17/2021 4:09:49 PM | Baye Cissé | | Andrew A. Fahie |

| | | | |
|---|---|---|---|
| **#3** | | Outgoing | WhatsApp |
| Chat | | In 5 minutes | |
| 5/17/2021 4:10:17 PM | Baye Cissé | | Andrew A. Fahie |

| | | | |
|---|---|---|---|
| **#4** | | Incoming | WhatsApp |
| Chat | Ok | | |
| 5/17/2021 4:10:22 PM | Baye Cissé | | Andrew A. Fahie |

| | | | |
|---|---|---|---|
| **#5** | | Incoming | WhatsApp |
| Chat | You finis call | | |
| 5/17/2021 4:17:32 PM | Baye Cissé | | Andrew A. Fahie |

| | | | |
|---|---|---|---|
| **#6** | | Outgoing | WhatsApp |
| Chat | | Going with broda<br>1) Carolyn O'Neal Morton(woman)<br>2)Jeremiah Frett (man) | |
| 5/17/2021 4:25:56 PM | Baye Cissé | | Andrew A. Fahie |

Defendant's Exhibit

**4**

| #1 | | Outgoing | WhatsApp |
|---|---|---|---|

Chat

> NO GOOD at BRODA
>
> 1) Gary Robert Hickinbottom
>
> 2) Bilal Mahmad Rawat
> 16th July 1995
>
> 3) Rhea Harrikissoon
> 20th February 1986
>
> 4) Andrew Ian James King
>
> 5) Steven Clive Chandler
>
> 6) Jui - Enna Tasaddiq
> 22 December 1995

| 5/17/2021 4:49:56 PM | Baye Cissé | | Andrew A. Fahie |

| #2 | | Incoming | WhatsApp |
|---|---|---|---|

Chat

> Call me

| 5/17/2021 4:52:45 PM | Baye Cissé | | Andrew A. Fahie |

| #3 | | Outgoing | WhatsApp |
|---|---|---|---|

Chat

> No with Broda...enemy
>
> 1) Gary Robert Hickinbottom
>
> 2) Bilal Mahmad Rawat
> 16th July 1995
>
> 3) Rhea Harrikissoon
> 20th February 1986(Female)
>
> 4) Andrew Ian James King
>
> 5) Steven Clive Chandler
>
> 6) Jui - Enna Tasaddiq
> 22 December 1995(Female)

| 5/17/2021 4:53:06 PM | Baye Cissé | | Andrew A. Fahie |

| #4 | | Outgoing | WhatsApp |
|---|---|---|---|

Chat

> Starting now

| 5/18/2021 11:04:33 AM | Baye Cissé | | Andrew A. Fahie |

| #5 | | Incoming | WhatsApp |
|---|---|---|---|

Chat

> Ok

| 5/18/2021 11:06:33 AM | Baye Cissé | | Andrew A. Fahie |